UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23832-CIV-O'SULLIVAN
[CONSENT]

RENZO BARBERI,

    Plaintiff,

v.

AWARDS, LLC, a Florida Limited Liability
Company, d/b/a TROPHY WORLD, and ZJM,
LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the plaintiff's Notice of Verbal Settlement (DE# 20, 12/21/18). Having been advised that the matter has settled, it is

**ORDERED AND ADJUDGED** that the trial date and all other pretrial hearings and deadlines are CANCELLED. It is further

**ORDERED AND ADJUDGED** that on or before **Friday, January 25, 2019**, the parties shall file a stipulation and proposed order of dismissal with the Court. If parties would like the Court to retain jurisdiction to enforce the settlement terms, they should file a stipulation that comports with the requirements of Anago Franchising v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012). The failure to comply with this Order may result in dismissal of this matter with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of December, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE