UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23832-O'SULLIVAN

RENZO BARBERI,

    Plaintiff,

vs.

AWARDS, LLC, a Florida Limited Liability Company, d/b/a TROPHY WORLD, and ZJM, LLC, a Florida Limited Liability Company

    Defendant(s).
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. All parties shall bear their own attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 17 day of January, 2019.

                                                    HON. JUDGE JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:
All parties of record